ruary 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Perkins* and *Mr. Edward A. Haid* for the petitioner. *Mr. Perry J. Lewis* for the respondent.

No. 841. PRESS PUBLISHING COMPANY, PETITIONER, *v.* CASSIUS E. GILLETTE. February 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph H. Choate* and *Mr. Howard Taylor* for the petitioner. *Mr. D. Cady Herrick* for the respondent.

No. 844. HARRY B. HOLLINS, PETITIONER, *v.* A. LEO EVERETT, RECEIVER, ETC. February 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles K. Beekman* and *Mr. William C. Armstrong* for the petitioner. *Mr. Leonard B. Smith* for the respondent.

No. 851. MARY C. KEYSER ET AL., PETITIONERS, *v.* W. H. MILTON, RECEIVER, ETC. February 28, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Francis B. Carter, Mr. W. A. Blount* and *Mr. A. C. Blount* for the petitioners. *Mr. W. H. Watson* for the respondent.

No. 852. EL DIA INSURANCE COMPANY, PETITIONER, *v.* WILLIAM S. SINCLAIR. February 28, 1916. Petition for